# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLYN JOSUE ALVARENGA RUBI, <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., <br><br> Respondents. | Case No. 1:26-cv-03139-KES-SAB-HC <br><br> ORDER SETTING BRIEFING SCHEDULE <br><br> ORDER DIRECTING RESPONDENTS TO FILE TRANSCRIPT AND/OR RECORDING OF BOND HEARING |

Petitioner is an immigration detainee proceeding pro se who filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 14, 2026, the petition was granted and Respondents were ordered to provide Petitioner with a bond hearing. (ECF No. 13.) On June 5, 2026, Petitioner filed a motion to enforce judgment. (ECF No. 15.) On June 8, 2026, Respondents filed a status report along with a copy of the immigration judge's written bond decision. (ECF No. 16.) The motion to enforce judgment has been referred to the undersigned for the preparation of findings and recommendations. (ECF No. 18.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days of the date of service of this order, Respondents SHALL FILE:

   a. A response to the motion to enforce judgment; and

      b. A transcript and/or recording of the bond hearing and any and all other documentation relevant to the determination of the issues raised in the motion to enforce judgment; and

2. Within fourteen (14) days of the date of service of Respondents' response, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated: **July 2, 2026**

              STANLEY A. BOONE
              United States Magistrate Judge